**Opinion filed February 19, 2009**



# In The

# Eleventh Court of Appeals

_____

## No. 11-08-00227-CV

_____

## IN THE INTEREST OF Z.W.M. AND A.P.A.M., CHILDREN

**On Appeal from the 35th District Court**

**Brown County, Texas**

**Trial Court Cause No. CV 07-05-189**

## M E M O R A N D U M   O P I N I O N

Tiffany Ann Sherfield has filed in this court a motion to dismiss her appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

February 19, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.